IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01179-MSK-BNB

TY L. JOHNSON,

Plaintiff,

v.

DENVER PUBLIC SCHOOLS, and
EDISON CHARTER SCHOOLS,

Defendants.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Defendant Edison's Motion for Leave to Answer or Otherwise Respond to Plaintiff's Complaint Out of Time** [docket no. 15, filed August 20, 2007] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept for filing Exhibits 1, 2 and 3 of docket no. 15 as defendant Edison's responsive pleading to plaintiff's Complaint, **Defendant Edison's Motion to Dismiss**, to be filed in as of August 21, 2007

DATED:  August 21, 2007