IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| Civil Action No. 07-cv-01179-MSK-BNB | Date: April 15, 2008 |
|---|---|
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A401 |

TY L. JOHNSON,                                         PRO SE

      Plaintiff,

v.

DENVER PUBLIC SCHOOLS, and             Susanne Kim
EDISON CHARTER SCHOOLS,               Tedrick Housh, III

      Defendants.

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:      11:26 a.m.

Appearance of counsel. No appearance by plaintiff.

Court's opening remarks.

Argument presented.

**ORDERED:** Defendant Denver Public Schools' motion to compel filed March 7, 2008; Doc. 54 is granted as stated on the record. Plaintiff's responses due on or before April 22, 2008.

**The Court will enter an order to show cause for failure to prosecute.**

Court in Recess      11:33 a.m.      Hearing concluded.

Total time in court:      00:07

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.