IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01179-MSK-BNB

TY L. JOHNSON,

Plaintiff,

v.

DENVER PUBLIC SCHOOLS, and
EDISON CHARTER SCHOOLS,

Defendants.

_____

## ORDER

_____

     This matter is before me on the **Motion to Compel** [Doc. # 54, filed 3/7/2008].  I held a

hearing on the Motion to Compel on April 15, 2008, and made rulings on the record.  In summary

and for the reasons stated on the record:

     IT IS ORDERED that the Motion to Compel is GRANTED.  The plaintiff shall respond

fully to Defendant Denver Public School's First Set of Interrogatories and Requests for

Production of Documents to Plaintiff Johnson on or before **April 22, 2008**.

     Dated April 16, 2008.

BY THE COURT:

 s/ Boyd N. Boland          
United States Magistrate Judge